FILED
2021 Jun-01 PM 12:01
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,**<br>***ex rel.* JENNIFER COOK and**<br>**SALLY GAITHER,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**INTEGRATED BEHAVIORAL**<br>**HEALTH, INC., et al.,**<br><br>**Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Case No.: 2:20-cv-00877-AMM** |

**DISCLOSURE STATEMENT OF DEFENDANTS INTEGRATED BEHAVIORAL HEALTH, INC. AND DR. SANJAY MALHOLTRA**

Pursuant to Local Rule 3.4 of the Northern District of Alabama and to enable District Judges and magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Integrated Behavioral Health, Inc. and Dr. Sanjay Malholtra in the above-captioned action certifies that the general nature and purpose of the foregoing entity or entities is to provide medical and psychological services.

Counsel also certifies that there are no parents, subsidiaries and/or affiliates of said party or parties that have issued shares or debt securities to the public.

Respectfully submitted,

*/s/ George W. Walker, III*
George W. Walker, III (asb-8497-a42g)

**OF COUNSEL:**
**Boles Holmes Parkman White LLC**
George W. Walker, III
165 E. Magnolia Avenue, Suite 223
Auburn, Alabama 36830
Telephone: (334) 316-3446
Facsimile: (334) 316-3356
Email: wwalker@bhpwlaw.com

**Boles Holmes Parkman White LLC**
Mitchel H. Boles
1929 Third Avenue North, Suite 500
Birmingham, Alabama 35203
Telephone: (205) 502-2000
Facsimile: (205) 847-1285
Email: mboles@bhpwlaw.com
*Counsel for Defendants Integrated Behavioral Health, Inc. and Dr. Sanjay Malholtra*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2021, I electronically filed the foregoing **Disclosure Statement of Defendants Integrated Behavioral Health, Inc. and Dr. Sanjay Malholtra** with the Clerk of Court via the CM/ECF system, which will cause copies to be electronically served upon all counsel of record.

Jere L. Beasley
Larry Golston, Jr.
Lauren Elizabeth Miles
Leon Hampton, Jr.
Wilson Daniel Miles, Jr.
**Beasley Allen Crow Methvin Portis & Miles PC**
P.O. Box 4160
Montgomery, Alabama 36103
Email: jere.beasley@beasleyallen.com
Email: larry.golston@beasleyallen.com
Email: Lauren.Miles@BeasleyAllen.com
Email: leon.hampton@beasleyallen.com
Email: dee.miles@beasleyallen.com
*Counsel for Relators/Plaintiffs*

Angela Cameron Smith
**Burr & Forman LLP**
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
Email: acsmith@burr.com
*Counsel for Defendants Athens Health & Rehabilitation, L.L.C., Cloverdale Health Care, Inc. d/b/a Cloverdale Rehabilitation & Nursing Center, Franklin LTC, L.L.C. d/b/a Terrace Manor Nursing & Rehabilitation, Heritage Assisted Living and Memory Care, L.L.C., Huntsville Health & Rehabilitation, L.L.C., Signature Healthcare Clinical Consulting d/b/a Signature of Whitesburg Gardens, South Hampton Nursing & Rehabilitation Center, L.L.C, Summerford Nursing Home, Inc., Valley View Health & Rehabilitation, L.L.C*

Brannon J. Buck
Christopher B. Driver
**Badham & Buck, LLC**
2001 Park Place North, Suite 500
Birmingham, Alabama 35203
Email: bbuck@badhambuck.com
cdriver@badhambuck.com
*Counsel for Affinity Living Group, LLC*

Kathleen McDermott
Brett Alexander Janich
**Morgan, Lewis & Bockius LLP**
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Email:
kathleen.mcdermott@morganlewis.com
*Counsel for Sunbridge Healthcare, L.L.C. d/b/a River Center City Facility*

Brian Roark
**Bass, Berry & Sims PLC**
150 Third Avenue South, Suite 2800
Nashville, Tennessee 37201
Email: broark@bassberry.com
*Counsel for Defendants Brookdale Senior Living Community, L.L.C., NHC Healthcare/Moulton, L.L.C., Diversicare of Big Spring, L.L.C., Diversicare Windsor House, L.L.C., Diversicare Leasing Corporation*

Stephen W. Still, Jr.
Richard E. Davis
**Starnes Davis Florie, LLP**
100 Brookwood Place, 7th Floor
Birmingham, Alabama 35209
Email: rdavis@starneslaw.com
Email: sstill@starneslaw.com
*Counsel for Defendant Madison Manor Health & Rehabilitation, LLC*

*/s/ George W. Walker, III*
OF COUNSEL