FILED
2021 Jun-02 AM 11:03
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA, ex rel., JENNIFER COOK and SALLY GAITHER,** | ) | |
| **Relators/Plaintiffs**, | ) | |
| **v.** | ) | **Case No. 2:20-cv-00877-AMM** |
| **INTEGRATED BEHAVIORAL HEALTH, INC.; DR. SANJAY MALHOTRA; AMERICAN HEALTH PARTNERS; UNITY PSYCHIATRIC CARE; ATHENS-LIMESTONE HEALTH SERVICES, LLC; VALLEY VIEW HEALTH AND REHABILITATION, LLC; FRANKLIN LTC, LLC D/B/A TERRANCE MANOR NURSING HOME & REHABILTATION CENTER; AFFINITY LIVING GROUP LLC; DIVERSICARE OF BIG SPRINGS, LLC; ATHENS HEALTH AND REHABILITATION, LLC; MADISON MANOR NURSING HOME, LLC; BROOKDALE SENIOR LIVING COMMUNITY, LLC; REGENCY SENIOR LIVING LLC D/B/A REGENCY HEALTH CARE & REHAB CENTER; NHC HEALTHCARE/MOULTON LLC, INC.; SOUTH HAMPTON NURSING & REHABILITATION CENTER, LLC; HANCEVILLE PRIMARY HEALTHCARE LLC; HUNTSVILLE HEALTH AND REHABILITATION,** | ) | |

| | |
|---|---|
| **LLC; SUMMERFORD NURSING HOME, INC.; DIVERSICARE WINDSOR HOUSE, LLC; MERRILL GARDENS, LLC; CLOVERDALE HEALTHCARE, INC. D/B/A CLOVERDALE REHABILITATION & NURSING CENTER HARBORCHASE OF BIRMINGHAM, INC.; SUNBRIDGE HEALTHCARE, L.LC. D/B/A RIVER CENTER CITY, SIGNATURE HEALTHCARE CLINICAL CONSULTING SERVICES, LLC D/B/A SIGNATURE HEALTHCARE OF WHITESBURG GARDEN; HERITAGE ASSISTED LIVING & MEMORY CARE LLC; DIVERSICARE LEASING CORPORATION; HANCEVILLE NURSING & REHAB CENTER INC.,** | **)** |
| **Defendants**. | **)** |

**DEFENDANT ALG SENIOR LLC F/K/A AFFINITY LIVING GROUP, LLC'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant ALG Senior LLC f/k/a Affinity Living Group, LLC ("ALG") files this Corporate Disclosure Statement and states that ALG is a limited liability company. There are no publicly held corporations that own 10% or more of ALG.

This the 2nd day of June, 2021.

*/s/ Brannon J. Buck*
Brannon J. Buck (ASB-5848-K56B)
bbuck@badhambuck.com
Christopher B. Driver (ASB-9178-G39B)
cdriver@badhambuck.com
*Attorneys for ALG Senior LLC f/k/a Affinity Living Group LLC*

OF COUNSEL:
BADHAM & BUCK, LLC
2001 Park Place North, Ste. 500
Birmingham, Alabama 35203
Phone: (205) 521-0036
Fax: (205) 521-0037

**CERTIFICATE OF SERVICE**

I certify that this document has been filed electronically on this the 2nd day of June, 2021. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by United States Mail, facsimile, or hand delivery. Parties may also access this filing through the Court's electronic filing system.

*/s/ Brannon J. Buck*
OF COUNSEL