FILED
2021 Jun-08 AM 09:11
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA, ex rel., JENNIFER COOK and SALLY GAITHER,** | ) | |
| **Relators/Plaintiffs,** | ) | **Case No.: 2:20-cv-00877-RDP** |
| **v.** | ) | |
| **INTEGRATED BEHAVIORAL HEALTH, INC., et al.,** | ) | |
| **Defendants.** | ) | |

**MADISON MANOR NURSING HOME, LLC'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Madison Manor Nursing Home, LLC files this Corporate Disclosure Statement and states that it is a limited liability company. There are no publicly held corporations that own 10% or more of Madison Manor Nursing Home, LLC.

Respectfully submitted,

/s/ Stephen W. Still, Jr.
Stephen W. Still, Jr. (ASB-1640-P64S)

OF COUNSEL:
Starnes Davis Florie LLP
Seventh Floor, 100 Brookwood Place
Birmingham, Alabama 35209
Telephone: (205) 868-6000
Fax: (205) 868-6099
E-mail: sstill@starneslaw.com

**CERTIFICATE OF SERVICE**

I certify that I filed a true and correct copy of the foregoing electronically using the CM/ECF system, this the 8th day of June, 2021, which will send a copy of same to the following:

Jere L. Beasley
Larry Golston, Jr.
Lauren Elizabeth Miles
Leon Hampton, Jr.
Wilson Daniel Miles, Jr.
Beasley Allen Crow
Methvin Portis & Miles PC
P.O. Box 4160
Montgomery, Alabama 36103-4160

*Attorneys for Relators/Plaintiffs*

Angela Cameron Smith
Burr & Forman, LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203

*Attorney for Defendants Athens Health & Rehabilitation, LLC, Cloverdale Health Care, Inc. d/b/a Cloverdale Rehabilitation & Nursing Center, Franklin LTC, LLC d/b/a Terrace Manor Nursing & Rehabilitation, Heritage Assisted Living and Memory Care, LLC, Huntsville Health & Rehabilitation, LLC, Signature Healthcare Clinical Consulting d/b/a Signature of Whitesburg Gardens, South Hampton Nursing & Rehabilitation Center, LLC, Summerford Nursing Home, Inc., Valley View Health & Rehabilitation, LLC*

George W. Walker
Mitchel H. Boles
Boles Holmes Parkman White LLC
1929 Third Ave. N., Suite 500
Birmingham, Alabama 35203

*Attorneys for Integrated Behavioral Health, Inc. and Dr. Sanjay Malhotra*

Kathleen McDermott
Brett Alexander Janich
1111 Pennsylvania Ave., NW
Washington, DC 20004

*Attorneys for Sunbridge Healthcare, LLC, d/b/a River Center City Facility*

Brannon J. Buck
Christopher B. Driver
Badham & Buck, LLC
2001 Park Place N., Suite 500

*Attorneys for Affinity Living Group, LLC*

Brian Roark
Bass, Berry & Sims PLC
150 Third Ave. S., Suite 2800
Nashville, Tennessee 37201

*Attorneys for Brookdale Senior Living Community, LLC, NHS Healthcare/Moulton, LLC, Diversicare of Big Spring, LLC, Diversicare Windsor House, LLC, Diversicare Leasing Corporation*

/s/ Stephen W. Still, Jr.
Of Counsel